# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WADE KNIGHT,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JULIE CAVANAUGH-BILL,<br><br>　　　　　　　　　　　　Defendants. | 3:14-cv-00209-MMD-WGC<br><br>**ORDER** |

The court has received Plaintiff's application for leave to proceed in forma pauperis (Doc. # 1); however, it was not accompanied by a proposed complaint. A civil action is commenced by filing a complaint with the court. Fed. R. Civ. P. 3. Therefore, Plaintiff has **thirty days** from the date of this Order to submit a proposed complaint. If Plaintiff files the proposed complaint within thirty days, the court will proceed in analyzing the application to proceed in forma pauperis, and if it is granted, will screen the proposed complaint. Plaintiff is advised that the failure to file a proposed complaint within thirty days may result in the district judge entering an order dismissing this action.

**IT IS SO ORDERED**.

DATED: April 9, 2014.

_____
WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE