UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WADE KNIGHT, | Case No. 3:14-cv-00209-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| JULIE CAVANAUGH-BILL, | |
| Respondent. | |

After the Court granted petitioner's motion for leave to file an amended complaint, petitioner filed a notice that his address had changed. The Court's order went to petitioner's old mailing address. In case the order did not reach petitioner, the Court will give petitioner additional time to file an amended petition.

It is therefore ordered that the Clerk of the Court shall send petitioner a copy of the Court's order dated June 25, 2015. (Dkt. no. 17.)

It is further ordered that petitioner will have thirty (30) days from the date of entry of this order to file an amended complaint or petition. Failure to comply will result in the dismissal of this action.

DATED THIS 4th day of August 2015.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE