UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| WADE KNIGHT, | Case No. 3:14-cv-00209-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| JULIE CAVANAUGH-BILL, | |
| Respondent. | |

In the order of November 4, 2015, the Court noted that petitioner was trying to sue his court-appointed attorney for monetary damages pursuant to 42 U.S.C. § 1983, and that such a claim was not available because a court-appointed attorney does not act under color of state law when representing a person in criminal proceedings. *Polk County v. Dodson*, 454 U.S. 312, 325 (1981). The Court gave petitioner the opportunity to challenge the validity of his custody by filing a petition for a writ of habeas corpus. Petitioner has not filed a petition within the allotted time, and the Court will dismiss this action.

To the extent that a certificate of appealability is required, reasonable jurists would not find the Court's conclusion to be debatable or wrong, and the Court will not issue a certificate of appealability. The Court also concludes that an appeal from this decision would not be taken in good faith.

It is therefore ordered that this action is dismissed without prejudice for petitioner's failure to file a petition for a writ of habeas corpus. The Clerk of the Court shall enter judgment accordingly.

It is further ordered that a certificate of appealability is denied.

DATED THIS 22nd day of January 2016.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE