AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

WADE KNIGHT,

      Petitioner,       JUDGMENT IN A CIVIL CASE
V.

          CASE NUMBER:  3:14-cv-00209-MMD-WGC

JULIE CAVANAUGH-BILL, *et al.*,

      Respondents.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice for Petitioner's failure to file a petition for a writ of habeas corpus.
    **IT IS FURTHER ORDERED** that a certificate of appealability is denied.

    January 22, 2016                           **LANCE S. WILSON**
                                                       Clerk

                                                       /s/ K. Rusin
                                                       Deputy Clerk